IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, | **CRIMINAL NO. 18-308 (DRD)** |
| v. | |
| **[3] JHONY REYNA-JIMENEZ,** Defendant. | |

### MOTION TO RESTRICT

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorneys, and very respectfully states and prays:

1. On November 3, 2022, the United States filed a pleading that is self-explanatory related to the above captioned case (the "Pleading").

2. In compliance with the requirements of this Court's Standing Order No. 9 dated January 30, 2013, the United States respectfully requests that the Pleading be accepted by the Court for filing with the following level of restriction: ***Ex Parte.***

3. The United States is filing the Pleading with the requested level of restriction because the level of restriction requested is necessary to protect the confidentiality of the matters and the life or physical safety of the persons detailed in the Pleading. The protection of the information detailed in the Pleading outweighs the presumption of public access.

WHEREFORE, the United States respectfully prays the Court accept and file the Pleading under the requested restriction level, and that an ORDER issue directing the Pleading to remain under such restriction level until further order by the Court.

1

RESPECTFULLY SUBMITTED.  In San Juan, Puerto Rico, on November 3, 2022.

        W. STEPHEN MULDROW
        United States Attorney

        s/José A. Contreras
        José A. Contreras
        Assistant United States Attorney
        USDC No. G00612
        Torre Chardón, Suite 1201
        350 Carlos Chardón Avenue
        San Juan, Puerto Rico 00918
        Tel: (787) 766-5656

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.  In San Juan, Puerto Rico, on November 3, 2022.

        s/José A. Contreras
        José A. Contreras
        Assistant United States Attorney